**Complaint**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

APR 14 2026 PM 2:41
FILED - USDC - FLMD - TPA

LAUREN TREMBLAY,
Plaintiff,

d/b/a v. 702 S. Kings Ave Op LLC LLC    Case No.: 8:26-CV-1075-MSS-NHA
AVIATA AT CENTRAL PARK, Aviata Health Group.

702 S. Kings Ave. Brandon, FL 33511, Defendant.

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Lauren Tremblay, proceeding pro se, alleges:

## I. JURISDICTION AND VENUE

1.  This action arises under:
    o Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.)
    o Family and Medical Leave Act (29 U.S.C. § 2601 et seq.)

2.  Jurisdiction: 28 U.S.C. §§ 1331, 1343.

3.  Venue: Middle District of Florida – events occurred in Brandon, Florida.

## II. PARTIES

4.  Plaintiff: Lauren Tremblay, Florida resident.
5.  Defendant: Aviata at Central Park, employer in Brandon, Florida.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.  EEOC charge filed; Right-to-Sue received.
7.  Complaint filed within 90 days of Notice.

## IV. FACTUAL ALLEGATIONS

8.  Plaintiff employed by Defendant; no prior disciplinary history.
9.  Protected complaint filed with AHCA and AHA on 10/5/2025.
10. AHCA investigation on 10/7/2025.
11. Employer learned Plaintiff filed complaint.
12. Suspension on 10/8/2025.
13. Severance agreement pressure on 10/15/2025.
14. Final written warning on 10/16/2025.
15. Benefits removed; not reinstated.
16. Nine months pregnant; two weeks from FMLA.
17. Ongoing harassment; hostile environment.
18. Actions intentional, willful, and retaliatory.



## V. COUNT I – RETALIATION (TITLE VII)

- Close temporal proximity (10/5 complaint → 10/8 suspension → 10/15 severance → 10/16 warning).
- Constructive termination of benefits, coercion, hostile environment.

## VI. COUNT II – PREGNANCY DISCRIMINATION

- Adverse actions while nine months pregnant.
- Treated less favorably than non-pregnant employees.

## VII. COUNT III – FMLA INTERFERENCE AND RETALIATION

- Imminent eligibility for FMLA.
- Interference: benefits termination, coercion, and discouragement of leave.

## VIII. DAMAGES

- Lost wages and benefits, emotional distress, financial hardship.
- Punitive damages warranted.

## IX. PRAYER FOR RELIEF

- Back pay, front pay, compensatory, punitive, liquidated damages, costs, and further relief.

## X. JURY DEMAND

- Plaintiff demands trial by jury.

DATED: 04/13/2026
/s/ Lauren Tremblay
Lauren Tremblay
3801 Windtree Court Brandon, FL 33511
(813) 846-8194
Ltlehigh@gmail.com

## Exhibit List

| Exhibit | Description | Date |
|---|---|---|
| A | EEOC Charge andNotice of Right to Sue | 01/06/2026 & 01/16/2026 |
| B | AHCA Complaint Filing Confirmation | 10/5/2025 |
| C | Suspension Notice | 10/8/2025 |
| D | Severance Agreement & Correspondence | 10/15/2025 |
| E | Final Written Warning | 10/16/2025 |
| F | Documentation of Benefits Enrollment and Termination | 08/18/2025 & 11/20/2025 |
| G | Proof of Pregnancy | 06/26/2025 |
| H | W-2 | 2025 |