Case 8:26-cv-01075-MSS-NHA  Document 2  Filed 04/14/26  Page 1 of 1 PageID 44

APR 14 2026 PM2:49
FILED - USDC - FLMD - TPA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

COPY

|  |  |
|---|---|
| Lauren Tremblay<br>_Plaintiff(s)_<br>v.<br>702 S. Kings Ave Opco LLC<br>d/b/a Aviata at Central Park,<br>_Defendant(s)_ Aviata Health Group | ) ) ) ) ) ) Civil Action No. 8:26-CV-1075-MSS-NHA ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ 702 S. Kings Ave Opco LLC,
d/b/a Aviata at Central Park
702 S. Kings Ave
Brandon, FL 33511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lauren Tremblay
3801 windtree Ct
Brandon FL 33511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/14/2026

_____ ANGEL WADDELL
_Signature of Clerk or Deputy Clerk_